160 A.3d 760

**Allen FEINGOLD and Ruth Wallace, Petitioners**

**V.State Farm Mutual Insurance Co., Petitioners**

v.

**STATE FARM MUTUAL INSURANCE CO., David Rohde, Law Offices of David Rohde, Marc Rickles, Joseph Hankins, and Britt, Hankins & Moughan, Respondents**

**No. 326 EAL 2016**

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

**AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.